NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONNIE A. SLEMP, JR.,                    )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-1540
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____  )

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

Ronnie A. Slemp, Jr., pro se.

Ashley Moody, Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


MORRIS, LUCAS, and ATKINSON, JJ., Concur.